UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHAPTER 13

Drew Michael Kessler  CASE NO. 1-18-bk-05072 -HWV

Debtor(s)

**MOTION TO REINSTATE DEBTOR'S CHAPTER 13 CASE**

Upon consideration of the Debtor's Motion to Reinstate Case, said Motion is hereby **GRANTED** and the Debtor's Chapter 13 case is reinstated.

Dated: May 21, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)